# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RON RITTER; PATRICIA RITTER, | |
| Plaintiffs, | Case No. 2:11-cv-01011-GMN-GWF |
| vs. | **ORDER** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 21, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **July 22, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 12th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge