JEFFREY D. CONWAY, ESQ.
Nevada Bar No. 4573
CONWAY LAW FIRM
2153 Ponticello Drive
Henderson, Nevada 89052

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON RITTER; PATRICIA RITTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATIONS, INC.; FIRST MAGNUS ) <br> FINANCIAL CORPORATION; ) <br> RECONTRUST COMPANY, N.A.; FIRST ) <br> AMERICAN TITLE COMPANY OF ) <br> NEVADA; DOES I-X; ROES I-X; Inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:11-cv-01011-GMN-CWH <br><br> **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST MAGNUS FINANCIAL CORPORATION and RECONTRUST COMPANY, N.A. (collectively, unless noted otherwise, "Defendants"), and Plaintiffs RON RITTER and PATRICIA RITTER ("Plaintiffs"), by and through their undersigned attorneys, hereby stipulate and agree to a dismissal of this case without prejudice, so that the parties may continue to explore settlement negotiations.

/ / /

/ / /

/ / /

/ / /

/ / /

1      There is currently a motion to dismiss with prejudice filed by Defendants. Plaintiffs elected not to file an opposition to the motion to dismiss, and Defendants hereby withdraw such motion in favor of this Stipulation.

DATED this 2nd day of December, 2011.      DATED this 2nd day of December, 2011.
**AKERMAN SENTERFITT LLP**                        **CONWAY LAW FIRM**

 /s/ Jacob D. Bundick                       /s/ Jeffrey D. Conway
ARIEL E. STERN, ESQ.                     JEFFREY D. CONWAY, ESQ.
Nevada Bar No. 8276                        Nevada Bar No. 4573
JACOB D. BUNDICK, ESQ.                2153 Ponticello Drive
Nevada Bar No. 9772                        Henderson, Nevada 89052
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101               *Attorneys for Plaintiffs*

*Attorneys for Defendants*
*Mortgage Electronic Registration Systems, Inc.,*
*and ReconTrust Company, N.A.*

     **IT IS SO ORDERED** this 6th day of December, 2011.

                                                 Gloria M. Navarro
                                                 United States District Judge